# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**JOHNNY B. COLEMAN, #134317**                         **PETITIONER**

**VERSUS**                          **CIVIL ACTION NO. 4:08-cv-47-DPJ-JCS**

**LOWNDES COUNTY**                                             **RESPONDENT**

## ORDER TRANSFERRING CAUSE TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI, EASTERN DIVISION

Petitioner submitted to this Court a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 and an application to proceed *in forma pauperis*. Petitioner is currently serving a state sentence for statutory rape rendered by the Lowndes County Circuit Court, located in the Northern District of Mississippi. Petitioner is currently confined in the East Mississippi Correctional Facility, Meridian, Mississippi, located in the Southern District of Mississippi.

Title 28 United States Code Section 2241(d) states that when a person files an application for a writ of habeas corpus and they are in custody under the judgment and sentence of a State court with two or more Federal Judicial Districts, the application may be filed in the district court for the district where the person is in custody or in the district court for the district within which the State court was held which convicted and sentenced the person. The sentencing jurisdiction and the district of incarceration have concurrent jurisdiction. Further, the district court which considers the application may in the exercise of its discretion and in furtherance of justice transfer the application to the other district court for hearing and determination. Since Petitioner is serving a state sentence from Lowndes

County Circuit Court which is in the Northern District of Mississippi, this case will be transferred to the Northern District. In the exercise of this Court's discretion and in the furtherance of justice, it is hereby,

ORDERED that this application and petition for habeas corpus relief be transferred to the United States District Court for the Northern District of Mississippi, Eastern Division, and that the application shall be received in accordance with the orders and local rules of that court and any applicable statute or law.

**SO ORDERED AND ADJUDGED** this the 28th day of May, 2008.

                                                 s/ *Daniel P. Jordan III*
                                               UNITED STATES DISTRICT JUDGE